### 301

Isabelle Martin

vs. }Law No. 42695

Burrows & Kenyon

RESCRIPT

Feburary 28, 2919

BLODGETT, J. Heard upon motion for a new trial filed by defendant after a verdict of the jury for the plaintiff for $3,000. The only ground urged in support of the motion to the trial court is that the amount is excessive.

The plaintiff was struck by an automobile driven by an agent of defendant and claims to have suffered a severe nervous shock and an injury to her shoulder of a permanent character, which will cause a disfigurement for the rest of her life.

Upon examination of the testimony of Dr. Edmund D. Chasebro, the only physician who testified in the case, the Court cannot say that the amount awarded by the jury is so excessive as to shock the conscience of the Court.

Motion denied.

For plaintiff: Green, Hinckly & Allen.

For defendant: Wilson, Gardner & Churchill.

---

### 302

Patrick O'Reilley

vs. }Law No. 42537

Joseph F. Ryan

RESCRIPT

March 7, 1919

BLODGETT, J. Heard upon motion for new trial filed by the plaintiff after a verdict for $108.58 for plaintiff.

The evidence was conflicting on an

issue as to certain articles of personal property left in the garage hired by defendant from the plaintiff, plaintiff claiming same had been purchased by defendant and that defendant still owed plaintff for the same. Upon this issue the jury evidently favored the defendant.

Motion denied.

For plaintiff: John P. Beagan.

For defendant: Edmund H. McCarthy.